UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

    vs.                                          Case No. 23-mj-30352

Jibreel Darnell Pratt,

    Defendant.

---

**Motion and Order to Unseal Criminal Complaint & Attendant Papers**

---

    The United States of America moves this Court to unseal the criminal complaint and attendant papers because the defendant has been arrested, is in the custody of the FBI, and the conditions warranting the sealing of the Criminal Complaint no longer exist.

                                                  Respectfully submitted,

                                                  Dawn N. Ison
                                                  United States Attorney

                                                  s/Philip A. Ross
                                                  Philip A. Ross
                                                  Assistant United States Attorney
                                                  211 West Fort Street, Ste. 2001
                                                  Detroit, Michigan 48226
                                                  (313) 226-9790
Date: August 26, 2023                        Philip.Ross@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

vs.                                             Case No. 23-mj-30352

Jibreel Darnell Pratt.

    Defendant.

### Order Unsealing Criminal Complaint & Attendant Papers

This Court having been duly apprised of the circumstances, hereby,

**ORDERS** the Clerk to unseal the Criminal Complaint, the affidavit filed in support of the criminal complaint, and the arrest warrant in this case.

**IT IS SO ORDERED.**

s/David R. Grand
Hon. David R. Grand
United States Magistrate Judge

Date: August 26, 2023