SINCLAIR LAW, P.L.L.C.
35560 Grand River Ave., Suite 343, Farmington Hills, MI 48335 | Phone: (313) 434-8486 | Fax: (248) 893-7071 | clsinclair99@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

JIBREEL PRATT,

        Defendant.

Honorable
Case Number 23-30352

| TIMOTHY WYSE | CHRISTOPHER L. SINCLAIR |
|---|---|
| Assistant United States Attorney | Attorney for Defendant |
| 211 W. Fort Street, Suite 2001 | 35560 Grand River Ave, Suite 343 |
| Detroit, Michigan 48226 | Farmington Hills, Michigan 48335 |
| | Phone: (313) 434-8486 |
| | Email: clsinclair99@gmail.com |

## **MOTION TO WITHDRAW AS COUNSEL**

**NOW COMES** CHRISTOPHER L. SINCLAIR, Attorney at Law, and for his Motion, provides as follows:

1. That CHRISTOPHER L. SINCLAIR was retained as counsel by Defendant. JIBREEL PRATT.

2. That there has been a breakdown in the attorney-client relationship to the extent that CHRISTOPHER L. SINCLAIR is no longer able to represent Defendant.

3. That factors have arisen in the above-captioned matter, which make it impossible to adequately represent Defendant.

4. That by allowing CHRISTOPHER L. SINCLAIR to withdraw as counsel, Defendant will not be prejudiced in any manner.

**WHEREFORE**, counsel for Defendant respectfully requests that this Honorable Court grant his motion.

*Respectfully Submitted,*

/s/ Christopher L. Sinclair

_____
CHRISTOPHER L. SINCLAIR (P80512)
Attorney for Defendant
35560 Grand River Ave, Suite 343
Farmington Hills, Michigan 48335
Phone: (313) 434-8486
Email: clsinclair99@gmail.com

Date:   June 19, 2024

**SINCLAIR LAW, P.L.L.C.**
35560 Grand River Ave., Suite 343, Farmington Hills, MI 48335   |   Phone: (313) 434-8486   |   Fax: (248) 893-7071   |   clsinclair99@gmail.com