UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No. 23-mj-30352

v.

JIBREEL DARNELL PRATT,

    Defendant.

## MOTION AND BRIEF FOR LEAVE TO
## DISMISS COMPLAINT WITHOUT PREJUDICE

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for leave to dismiss, without prejudice, the Complaint against Defendant Jibreel Darnell Pratt.

    Mr. Pratt was charged in a criminal complaint on August 25, 2023. ECF No. 1, PageID.1. Thereafter, Mr. Pratt was charged in a separate federal case, EDMI Case No. 24-20274. Mr. Pratt ultimately plead guilty, pursuant to a Rule 11 Plea Agreement, to concealing the financing of terrorism in that case. *United States v. Pratt*, Case No. 24-20274 (E.D. Mich) (ECF No. 28, PageID.123). As part of the Rule 11 Agreement, Mr. Pratt agreed to a 108-month term of incarceration and the government agreement agreed to dismiss all charges against Mr. Pratt in this case

(if the court imposed sentenced consistent with the terms of the Rule 11 Plea Agreement). On November 13, 2025, Judge Hood sentenced Mr. Pratt to 108 months in prison. ECF No. 36, PageID.237.

Accordingly, the government requests leave to dismiss the Complaint without prejudice.

                                          Respectfully submitted,

                                          JEROME F. GORGON JR.
United States Attorney

*s/ Douglas C. Salzenstein*
DOUGLAS C. SALZENSTEIN
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Doug.Salzenstein@usdoj.gov
(313) 226-9196

Dated:	December 30, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on Tuesday, December 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/ Douglas C. Salzenstein*
DOUGLAS C. SALZENSTEIN
Assistant United States Attorney